1  JERRY S. BUSBY
   Nevada Bar #001107
2  COOPER LEVENSON, P.A.
   3016 West Charleston Boulevard - #195
3  Las Vegas, Nevada 89102
   (702) 366-1125
4  FAX: (702) 366-1857
   jbusby@cooperlevenson.com
5
   Attorneys for Defendant
6  SMITH'S FOOD & DRUG CENTERS, INC.

7                       **UNITED STATES DISTRICT COURT**

8                            **DISTRICT OF NEVADA**

| STEPHANIE SOLIS, an Individual, | Case No. 2:25-cv-00557-MDC |
|---|---|
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC a Foreign Corporation; DOES 1 through 100; | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS, counsel for the parties have agreed upon a full and final settlement of this matter;

IT IS HEREBY STIPULATED AND AGREED by and between TRISTAN F. RIVERA, ESQ. of the RIVERA LAW GROUP, Attorneys for Plaintiff STEPHANIE SOLIS, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1. That the claims herein of Plaintiff STEPHANIE SOLIS against SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

///
///
///
///
///

NG-C2N3CBX6 4923-7460-3324.1

2. That the Court vacate any deadlines or filing dates on the Court's docket.

Respectfully submitted this **30th** day of **April**, 2025.

| RIVERA LAW GROUP | COOPER LEVENSON, P.A. |
|---|---|
| *[signature]* | /s/ Jerry S. Busby |
| TRISTAN F. RIVERA, ESQ.<br>Nevada Bar No. 12481<br>1627 East Windmill Lane – Suite 200<br>Las Vegas, Nevada 89123<br>(702) 550-1232<br>Attorneys for Plaintiff<br>STEPHANIE SOLIS | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 01107<br>3016 West Charleston Boulevard – Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 5/9/2025

The parties consented to the assignment of this action to the undersigned Magistrate Judge by operation of ECF No. 3. Accordingly, this Stipulation is **GRANTED** and the action is **DISMISSED WITH PREJUDICE** with each party to bear its own attorneys' fees and costs.